UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

V.

    CR. NO. 11-20076-02
    HON. ARTHUR J. TAROW

Marieva Briceno, D-2

    Defendant.

_____/

## MEMORANDUM CONCERNING ADVANCED AUTHORIZATION FOR INTERPRETER SERVICES

It is requested that advance authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection **(e)(3)** of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

Name Of Expert or Investigator or Service Provider: Sara Pallero, Pallero Translations

Type Of Service: Interpreter

Reasons for Application: Spanish Translation to and from English

Compensation: $6,000.00

I certify that the estimated compensation in excess of the maximum set forth in 18 U.S.C. § 3006A appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this advance authorization in the amount of $ 6,000.00 .

DATED: August 22, 2011

ARTHUR J. TARNOW
United States Senior District Judge

Advance authorization is hereby approved in the amount of

$ 6,000.00                .

Date:      OCT 0 5 2011.

*[signature]*
JOHN ROGERS
United States Circuit Court Judge